IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06- 69 |
| | ) |
| LIONEL BELL, | ) REDACTED |
| | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about May 5, 2006, in the State and District of Delaware, Lionel Bell, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a .25 caliber Raven Arms Model MP-25 pistol, with the serial number 1459140, after having been convicted on or about March 2, 2004 of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(e).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: (1) a .25 caliber Raven Arms Model MP-25 pistol, with the serial number 1459140 and (2) three rounds of .25 caliber ammunition.



FILED
JUN 1 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

                                            Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
     Christopher J. Burke
     Assistant United States Attorney


Dated: June 15, 2006