IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-69 |
| | ) |
| LIONEL BELL, | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER FOR ARREST WARRANT**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant against the Defendant, Lionel Bell, pursuant to an Indictment returned against him by the Federal Grand Jury on June 15, 2006.

COLM F. CONNOLLY
United States Attorney

BY: *Christopher J. Burke*
Christopher J. Burke
Assistant United States Attorney

Dated: June 15, 2006



FILED
JUN 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AND NOW**, this \_\_\_\_15\_\_\_\_ day of \_\_\_\_June_____, 2006, based upon the foregoing Motion,

**IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Lionel Bell.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge