# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
|     Plaintiff, § | |
| § | CRIMINAL ACTION NO. 06-69-KAJ |
| v. § | |
| § | |
| LIONEL BELL § | |
|     Defendant. § | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF THE HOWARD R. YOUNG CORRECTIONAL FACILITY, WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **LIONEL BELL** who is now detained and imprisoned in the HOWARD R. YOUNG CORRECTIONAL FACILITY and who is a defendant in the above-entitled cause, in which cause the said **LIONEL BELL** was charged with a violation of 18 U.S.C. SECTION 922(g)(1)and 924(e). The defendant is scheduled for an **INITIAL APPEARANCE on THURSDAY, August 3, 2006** at **1:00 PM** and to be remain in the custody of the U.S. Marshal's Service until the conclusion of the charges. And have you then and there this writ.

To the Marshal of the District of Delaware to execute.
WITNESS the Honorable Kent A. Jordan, United States District Judge of the District Court of the United States for the District of Delaware, this 12th day of July 2006.

PETER T. DALLEO, CLERK

By: _____
    Deputy Clerk

FILED
JUL 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE