IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-69-KAJ |
| LIONEL BELL, | : | |
| Defendant. | : | |

### SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Christopher Burke and enter the appearance of Assistant United States Attorney Ilana Eisenstein as counsel of record for the government in the above-captioned case. Please be advised that Mr. Burcke no longer has responsibility for this case and all notices of action taken in connection with this matter should be directed to Assistant United States Attorney Ilana Eisenstein.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:    /s/ Ilana H. Eisenstein
       Ilana H. Eisenstein
       Assistant United States Attorney

Dated: November 9, 2006