IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-69-KAJ |
| | ) | |
| LIONEL BELL, | ) | |
| | ) | |
| Defendant. | ) | |

## FIRST AMENDED SCHEDULING ORDER

At Wilmington this 11th day of November, 2006,

IT IS HEREBY ORDERED that the court's October 10, 2006 Scheduling Order (D.I. 13) is amended as follows:

1.     A 2 day Jury Trial is scheduled to commence on **December 20, 2006,** beginning at 9:00 a.m. in Courtroom 6A on the 6th floor of the J. Caleb Boggs Federal Building located in Wilmington, Delaware.  Counsel shall arrive in the courtroom at **8:45 a.m.**, so that the Court may address any remaining pretrial issues.

2.     Pursuant to 18 U.S.C. § 3161(h)(8)(A), and based on the facts presented by the parties, the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial, and, therefore, the time between this Order and the date of trial shall be excluded in the calculation of any speedy trial deadline.

UNITED STATES DISTRICT JUDGE