# WOLOSHIN LYNCH NATALIE & GAGNE, P.A.
### Attorneys & Counsellors at Law

Melvyn A. Woloshin ◊
F. Edmund Lynch †
James A. Natalie, Jr. ○
David C. Gagne
William L. O'Day, Jr. *
Natalie Woloshin ◊
James A. Landon ▲

DE & CO Bars ◊
DE & VA Bars †
DE, CT & VA Bars ○
DE & PA Bars *
DE & NJ Bars ▲



Serving Residents of Delaware
Since 1965

3200 Concord Pike
PO Box 7329
Wilmington, DE 19803
(302) 477-3200
Fax (302) 477-3210

22 West Main Street
Middletown, DE 19709
(302) 449-2606
Fax (302) 449-2608

December 1, 2006

The Honorable Kent A. Jordan
U.S. District Court of Delaware
844 N. King Street
Lock Box 10
Wilmington, DE 19801

Re:   **United States v. Lionel Bell**
      **Criminal Action No. 06-69-KAJ**

Dear Judge Jordan:

This letter confirms my telephone conversation earlier on this date with your secretary concerning the status of the above-entitled matter.

Mr. Bell and I met yesterday for two hours. At the conclusion of our meeting he told me that he no longer contests the factual allegations of the Government's case against him. As a consequence, he is prepared to enter a plea of guilty to the one-count indictment, and begin instead the presentence process.

As I told your secretary, we do not yet have a plea agreement, because of a legitimate dispute over the applicable sentence under 18 U.S.C. § 924, but we may reach one soon. My understanding is that Mr. Bell will be in Court for the pretrial conference at **12:30 p.m.** on **Friday, December 8, 2006,** and I expect he will enter his change-of-plea at that time.

Thank you for your time and consideration.

Very truly yours,

James A. Natalie, Jr.

JAN, Jr./bja

cc: Lionel Bell
    Ilana Eisenstein, Esquire
    Clerk