IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-69-KAJ |
| | ) | |
| LIONEL BELL, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

WHEREAS, the Court has been informed that the Defendant intends to enter a guilty plea in the above-captioned case;

IT IS HEREBY ORDERED that:

1. The December 8, 2006 pretrial conference and the December 20, 2006 jury trial are VACATED;

2. A Rule 11 hearing has been scheduled for **December 8, 2006 at 12:30 p.m.**, in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington.

3. The time between December 1, 2006 and the date of the change of plea hearing shall be excludable under the Speedy Trial Act (18 U.S.C. § 3161, *et seq.*).

_____
UNITED STATES DISTRICT JUDGE

December 1, 2006
Wilmington, Delaware