IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-69-GMS |
| | ) |
| LIONEL BELL, | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION FOR CONTINUANCE OF SENTENCING**

NOW COMES the United States, by and through its undersigned attorneys, and the defendant, Lionel Bell, by and through his attorney, James Natalie, Esquire, hereby move to continue sentencing in this matter. The grounds for this Motion are as follows:

1. This Court has scheduled sentencing for March 21, 2007, at 3:00 PM.

2. The parties agree a significant legal question is presented regarding the applicability of the Armed Career Criminal Act, Title 18, United States Code, Section 924(e) to the defendant's three prior Delaware state burglary convictions.

3. The parties submit that more time is required to fully brief this matter to give this Court adequate time to consider the legal issues.

4. By way of briefing schedule, the parties propose that the defendant file an opening brief at least three weeks prior to the sentencing date and that the Government file a response within 10 days of service of the defendant's brief.

WHEREFORE, the parties respectfully requests that the Court continue the hearing on the sentencing hearing for at least thirty (30) days from the currently-scheduled date.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

| /s/ James Natalie | BY: | /s/ Ilana H. Eisenstein |
|---|---|---|
| James Natalie, Esquire | | Ilana H. Eisenstein |
| Attorney for Defendant | | Assistant United States Attorney |

Dated:   March 14, 2007

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-69-GMS |
| | ) |
| LIONEL BELL, | ) |
| | ) |
| Defendant. | ) |

## ORDER

IT IS HEREBY ORDERED this _____ day of _____, 2007, that the Sentencing in this case be re-scheduled for _____ at _____; and

IT IS FURTHER ORDERED the defendant shall file an opening brief at least three weeks prior to the sentencing date and that the Government shall file a response with 10 days of service of the defendant's brief.

_____
HONORABLE GREGORY M. SLEET
United States District Judge

## CERTIFICATE OF SERVICE

I, Sherry A. Kaminski, an employee with the United States Attorney's Office, hereby certify that on March 14, 2007, I electronically filed the foregoing:

**JOINT MOTION FOR CONTINUANCE OF SENTENCING**

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

> James A. Natalie Jr., Esquire
> Woloshin Lynch Natalie & Gagne, P.A.
> 3200 Concord Pike
> P.O. Box 7329
> Wilmington, DE 19803-7329

*/s/ Sherry Kaminski*