IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-69-GMS |
| | ) | |
| LIONEL BELL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

IT IS HEREBY ORDERED this 15th day of March, 2007, that the Sentencing in this case be re-scheduled for May 14, 2007 at 9:15; and

IT IS FURTHER ORDERED the defendant shall file an opening brief at least three weeks prior to the sentencing date and that the Government shall file a response with 10 days of service of the defendant's brief.



HONORABLE GREGORY M. SLEET
United States District Judge

FILED

MAR 15 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE