

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building　　　　　　　　　　　(302) 573-6277
1007 Orange Street, Suite 700　　　　　FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

May 15, 2007

The Honorable Gregory M. Sleet
United States District Judge
District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    **United States v. Lionel Bell**
             **Criminal Action No.   06-69-GMS**

Dear Judge Sleet:

      This Court has scheduled sentencing in the above captioned matter for Friday, May 18, 2007, at 9:30 am. The parties have filed briefs relating to the disputed application of the Armed Career Criminal Act, 18 U.S.C. § 924(e), to the defendant.

      The Government does not anticipate presenting any witnesses at sentencing; however, it would anticipate formally moving the admission of exhibits already submitted to this Court as attachments to its sentencing brief, and may seek the admission of additional documents in support of its position. The Government is also prepared to provide oral argument on the contested issues of law if it would be helpful to the Court.

                                                      Respectfully submitted,

                                                      COLM F. CONNOLLY
                                                    United States Attorney

                                BY:   /s/ Hana H. Eisenstein
                                                     Hana H. Eisenstein
                                                     Assistant United States Attorney

cc:    James Natalie, Esq.
        Clerk, U.S. District Court