IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-69-GMS |
| | ) |
| LIONEL BELL, | ) |
| | ) |
| Defendant. | ) |

### ORDER

IT IS HEREBY ORDERED this 31st day of May, 2007, that the Sentencing in this case be re-scheduled for June 26, 2007 at 3:00 p.m.

*[signature]*

HONORABLE GREGORY M. SLEET
United States District Judge

FILED

JUN - 5 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE