IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-69-GMS |
| LIONEL BELL, | : |
| Defendant. | : |

### O R D E R

AND NOW, this  2nd  day of  July , 2007, upon consideration of Defendant's Joint Unopposed Motion to Permit Current Defense Counsel to Withdraw As Counsel and to Reappoint The Federal Public Defender's Office for the District of Delaware as Counsel, it is hereby **ORDERED** that James A, Natalie, Jr., will be allowed to withdraw as counsel, and that the Federal Public Defender's Office for the District of Delaware will be reappointed to represent Defendant, Lionel Bell.

BY THE COURT:

_____
The Honorable Gregory M. Sleet
United States District Court



FILED

JUL - 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE