OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
   Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

August 13, 2007

James A. Natalie, Jr., Esq.
Woloshin Tenenbaum Natalie
P.O. Box 7329
Wilmington  DE 19803

      RE:  U.S.A. v. LIONEL BELL
           Criminal Action No. 06-69-1-GMS

Dear Mr. Natalie:

    Enclosed is a copy of the Court's order appointing you counsel under the Criminal Justice Act in the above criminal case. This appointment requires representation of the defendant for all proceedings in this Court. When the proceedings in this Court are completed, the attached voucher should be submitted to this office <u>within 45 days</u> for approval of payment. Please complete box 21, Case Disposition, using the Case Disposition Codes provided.

    If an appeal is taken in this matter the Court of Appeals will generally appoint you to represent the defendant for the appellate proceedings. The Clerk of the 3rd Circuit Court of Appeals will issue another CJA voucher for service rendered in their Court. If the Notice of Appeal is filed and you wish to withdraw as counsel, please address said motion to the Clerk, 3rd Circuit Court of Appeals.

    **Please note,** I have enclosed two vouchers (#000080706001**A** and #000080706001**B**) which reflect the rate change in hourly compensation. Also, the mileage rates changed during the period in question (please see enclosures).

                                             Sincerely,

                                             PETER T. DALLEO, CLERK

                                 BY: *[signature: Brisen K Blackwell]*
                                              Deputy Clerk

PTD/bkb
enclosure

FILED
AUG 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE